UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| | ) | Case No. 24-90213 (CML) |
| STEWARD HEALTH CARE SYSTEM, LLC, *at al.*, | ) ) ) | (Jointly Administered) |
| Debtors.[1] | ) ) | Case No.: 4:25-cv-01584 |

**DECLARATION OF ROBERT KEACH IN SUPPORT OF APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL (INCLUDING MOTION FOR IMMEDIATE STAY PENDING HEARING ON THE EMERGENCY MOTION FOR STAY PENDING APPEAL)**

I, Robert Keach, being over 18 years of age and competent in all respects to testify, having personal knowledge of the facts set forth below, and under penalties of perjury, hereby state, swear, and affirm the following:

1. I am lead counsel for Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas, Dr. Thomas Ross, Dr. Michael Regan, Dr. Peter Lydon, and Dr. Sridhar Ganda (collectively, the "**Appellants**"), participants in certain deferred compensation plans sponsored by the debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "**Debtors**").

2. I am familiar with the facts, circumstances, and proceedings in this case relevant to this declaration, which I submit in support of *Appellants' Emergency Motion for Stay Pending Appeal (Including Motion for Immediate Stay Pending Hearing on the Emergency Motion for Stay Pending Appeal)* (the "**Motion**")

3. I appeared in person on behalf of Appellants before the Bankruptcy Court on April

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

2, 2025, when the Court rendered its Oral Decision[2] to grant the Turnover Motion.

4. In response to the oral motion for stay pending appeal that I made on behalf of the Appellants, counsel for the DIP Lender informed the Bankruptcy Court that it considered Plan Assets to be cash collateral of the DIP Lender following the Oral Decision and subject to the cash collateral and debtor-in-possession financing documents and orders.

5. Debtors' counsel confirmed the intent and need to immediately spend the Plan Assets and, additionally, proffered testimony of John R. Castellano, Debtors' Chief Restructuring Officer, that Debtors intended to spend the Plan Assets immediately following the effective date of the Bankruptcy Court's order granting the Turnover Motion on, among other things, payments to the DIP Lender.

6. At the time of my execution of this declaration, the transcript of the April 2, 2025 hearing was not yet available. As soon as Appellants receive their copy of that transcript, which Appellants have sought to expedite by all available means, Appellants will file a supplemental declaration in support of this Motion that attaches it as an exhibit and cites to the transcript pages that substantiate the above statements.

Solemnly affirmed and signed this 7th day of April, 2025, under the penalties of perjury.

/s/ Robert Keach
Robert Keach

---

[2] Capitalized terms, unless otherwise defined, have the same meaning as in the Motion.