United States District Court
Southern District of Texas
**ENTERED**
April 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANISHA PUROHIT, *et al.* | § § § | CIVIL ACTION NO. 4:25-CV-01584 |

## **ORDER**

Appellants have filed an Emergency Motion for Stay Pending Appeal. (Dkt. 2). The Court **ORDERS** Appellees to file an expedited response **by 2:00 p.m. on Thursday, April 10, 2025.**

SIGNED at Houston, Texas on April 8, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE