**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**CIVIL NO. 4:25-CV-01584**

**Bankruptcy Case No. 24-90213**

**IN RE STEWARD HEALTH CARE SYSTEM, LLC, ET AL., Debtor**

**APPELLANTS' APPENDIX**

Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
Diamond McCarthy, LLP
909 Fannin Street, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199
Email: allan.diamond@diamondmccarthy.com
    chris.johnson@diamondmccarthy.com

Robert J. Keach, Esq, *admitted pro hac vice*
Lindsay K. Milne, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
Email: rkeach@bernsteinshur.com
    lmilne@bernsteinshur.com

*Counsel for the Appellants*

## TABLE OF CONTENTS

| Tab | Title | Page Number |
|---|---|---|
| 1 | Order (I) Directing Trustees to Turn Over and Deliver Assets or Proceeds Thereof to the Debtors; (II) Authorizing the Debtors to Exercise Ownership Rights Over Such Assets; (III) Authorizing Termination of Trusts; and (IV) Granting Related Relief; Bankr. Case No. 24-90213 (CML) [ECF 4418] | APPX_00001 – APPX_00003 |
| 2 | Notice of Appeal on Turnover Order; Bankr. Case No. 24-90213 (CML) [ECF 4421] | APPX_00004 – APPX_00011 |
| 3 | Declaration of Brian Hogue In Support of Plan Participants' Motion to Stay Pending Appeal; Case No. 4:25-cv-01584 [ECF 3] | APPX_00012 – APPX_0014 |
|  | • Exhibit 2 - Transcript of March 26, 2025 Hearing | APPX_00016 – APPX_00368 |
|  | • Exhibit 3 – Transcript of March 27, 2025 Hearing | APPX_00370 – APPX_00431 |
|  | • Exhibit 5 - Expert Report of Scott Van Meter | UNDER SEAL[1] |
|  | • Exhibit 6 – Trial Exhibit 115 (February 20, 2024 email) | APPX_00435 – APPX_00436 |
|  | • Exhibit 8 – Declaration of Dr. James Thomas | APPX_00438 – APPX_00443 |
|  | • Exhibit 9 – Declaration of Dr. Diane Paggioli | |
|  | • Exhibit 10 – Declaration of Dr. Peter Lydon | APPX_00445 – APPX_00449 |
|  | • Exhibit 11 – Declaration of Dr. A. Ana Beesen | APPX_00451 – APPX_00454 |

---

[1] All documents noted as being filed "Under Seal" have been omitted from this Appendix. A supplemental appendix will be filed with the Court to include all "Under Seal" documents upon entry of an Order approving Appellants' Motion for the Court's Acceptance of Sealed Documents Under Bankruptcy Rule 8009(f) filed on June 26, 2025 as ECF 17.

| | | APPX_00456 – APPX_00459 |
|---|---|---|
| 4 | Motion for an Order (A) Directing Trustees to Turn Over and Deliver Trust Assets or Proceeds Thereof to the Debtors, (B) Authorizing the Debtors to Exercise Ownership Rights Over Such Assets, (C) Authorizing Termination of Trusts, and (D) Granting Related Relief; Bankr. Case No. 24-90213 (CML) [Dkt. No. 3277] | APPX_00460 – APPX_00479 |
| 5 | Objection of Certain Participants to Debtors' (I) Motion for an Order (A) Directing the Trustees to Turn Over and Deliver Trust Assets or Proceeds Thereof to the Debtors, (B) Authorizing the Debtors to Exercise Ownership Rights Over such Assets, (C) Authorizing Termination of the Trusts, and (D) Granting Related Relief; and (II) Objection to Dr. Manish Purohit's Letter; Bankr. Case No. 24-90213 (CML) [ECF 3497] | APPX_00480 – APPX_00519 |
| 6 | Adversary Complaint; Adv. Proceeding 25-03066 [ECF 1](Redacted) | APPX_00520 – APPX_00569 |
| 7 | Motion for Withdrawal of Reference; Adv. Proceeding 25-03066 [ECF 3] | APPX_00570 – APPX_00593 |
| 8 | Emergency Motion to Stay Hearing on Turnover Motion; Bankr. Case No. 24-90213 (CML) [ECF 4089] | APPX_00594 – APPX_00627 |
| 9 | Minute Order; Bankr. Case No. 24-90213 (CML) [ECF 4166] | APPX_00628 – APPX_00630 |
| 10 | March 7, 2025 Hearing Transcript | UNDER SEAL |
| 11 | Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio; Bankr. Case No. 24-90213 (CML) [ECF 4203] | APPX_00631 – APPX_00674 |
| 12 | Amended Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio; Bankr. Case No. 24-90213 (CML) [ECF 4206] | APPX_00675 – APPX_00718 |
| 13 | Plaintiffs' Opposition to Amended Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio; Bankr. Case No. 24-90213 (CML) [ECF 4216] | APPX_00719 – APPX_00732 |

| 14 | Declaration of Robert Keach In Support of Opposition to Motion to Seal; Bankr. Case No. 24-90213 (CML) [ECF 4217] | UNDER SEAL |
| --- | --- | --- |
| 15 | Declaration of Ann-Marie Driscoll; Bankr. Case No. 24-90213 (CML) [ECF 4229] | APPX_00733 – APPX_00740 |
| 16 | Plan Participants' Emergency Motion to Compel Production of Documents and Privilege Log; Bankr. Case No. 24-90213 (CML) [ECF 4312] | APPX_00741 – APPX_00749 |
| 17 | Emergency Motion for an Order Staying Hearing on Turnover Motion; Case No. 4:25-mc-00461 [ECF 1] | APPX_00750 – APPX_00754 |
| 18 | Order Denying Emergency Motion for an Order Staying Hearing on Turnover Motion; Case No. 4:25-mc-00461 [ECF 46] | APPX_00755 – APPX_00757 |
| 19 | Plan Participants' Emergency Motion to Continue March 26, 2025 Hearing on Turnover Motion; Bankr. Case No. 24-90213 (CML) [ECF 4289] | APPX_00758 – APPX_00770 |
| 20 | Notice of Appeal on Turnover Order; Case No. 4:25-cv-01584 [ECF 1] | APPX_00771 – APPX_00847 |
| 21 | Appellants' Emergency Motion for Stay Pending Appeal (Including Motion for Immediate Stay Pending Hearing on the Emergency Motion for Stay Pending Appeal); Case No. 4:25-cv-01584 [ECF 2] | APPX_00848 – APPX_00906 |
| 22 | Order Denying Appellants' Emergency Motion for Stay Pending Appeal (Including Motion for Immediate Stay Pending Hearing on the Emergency Motion for Stay Pending Appeal); Case No. 4:25-cv-01584 [ECF 15] | APPX_00907 – APPX_00911 |
| 23 | Transcript of April 2, 2025 Oral Ruling | APPX_00912 – APPX_00992 |
| 24 | Deposition of Katchena Potter taken on March 25, 2025 | APPX_00993 – APPX_01188 |
| 25 | Deposition of Ann-Marie Driscoll-Waszczuk taken on March 19, 2025 | UNDER SEAL |
| 26 | Clerk's Notice of Filing of an Appeal; Bankr. Case No. 24-90213(CML)[ECF 4442] | APPX_01189 |
| 27 | Amended Beneficiaries' Notice of Rule 2004 Examination and Request for Production of Documents; Bankr. Case No. 24-90213(CML)[ECF 3581] | APPX_01190 – APPX_01204 |
| 28 | Complaint for Injunctive, Equitable, and Declaratory Relief and request for Class Action; Adv. Pro. 25-03066 [ECF 2] | UNDER SEAL |

| 29 | Debtors' Objection to Motion of Named Plaintiffs for an Order (I) Withdrawing the Reference and (II) Staying the Contest Matter Relating to the Turnover Motion; Adv. Pro. 25-03066 [ECF 15] | APPX_01205 – APPX_01232 |
|---|---|---|
| 30 | Debtors' Reply to Objection of Certain Participants to Debtors' Motion to Turn Over Trust Assets; Bankr. Case No. 24-90213 (CML)[ECF 4105] | APPX_01233 – APPX_01285 |
| 31 | Debtors' Objection to Rabbi Trust Motion Objectors' Motion to Stay; Bankr. Case No. 24-90213 (CML)[ECF 4144] | APPX_01286 – APPX_01324 |
| 32 | Emergency Motion for Status Conference; Bankr. Case No. 24-90213 (CML)[ECF 4180] | APPX-01325 – APPX-01327 |
| 33 | Plaintiffs' Supplement to Their Opposition to Amended Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio; Bankr. Case No. 24-90213 (CML)[ECF 4244] | APPX_01328 – APPX_01334 |
| 34 | Declaration of Joseph A. Krock, Ph.D.; Bankr. Case No. 24-90213 (CML)[ECF 4258] | APPX_01335 – APPX_01369 |
| 35 | Declaration of John R. Castellano; Bankr. Case No. 24-90213 (CML)[ECF 4265] | APPX_01370 – APPX_01375 |
| 36 | Debtors' Supplemental Brief in Response to Arguments Made by Rabbi Trust Objectors at the March 7 Hearing; Bankr. Case No. 24-90213 (CML)[ECF 4273] | APPX_01376 – APPX_01388 |
| 37 | Declaration of Brian R. Hogue in Support of Plan Participants' Motion to Continue March 26, 2025 Hearing on Turnover Motion including exhibits; Bankr. Case No. 24-90213 (CML)[ECF 4290] | APPX_01389 – APPX_01412 |
| 38 | Plan Participants' Emergency Motion to Continue March 26, 2025 Hearing on Turnover Motion; Bankr. Case No. 24-90213 (CML)[ECF 4291] | UNDER SEAL |
| 39 | Declaration of Brian R. Hogue in Support of Plan Participants' Motion to Continue March 26, 2025 Hearing on Turnover Motion; Bankr. Case No. 24-90213 (CML)[ECF 4292] | UNDER SEAL |
| 40 | Declaration of Christopher Johnson in Support of Plan Participants' Emergency Motion to Compel Production of Documents and Privilege Log; Bankr. Case No. 24-90213 (CML)[ECF 4313] | APPX_01413 – APPX_01430 |
| 41 | Redacted Expert Report of Scott Van Meter; Bankr. Case No. 24-90213 (CML)[ECF 4323-10] | APPX_01431 – APPX_01466 |

| 42 | Unredacted Expert Report of Scott Van Meter; Bankr. Case No. 24-90213 (CML)[ECF 4332] | UNDER SEAL |
|---|---|---|
| 43 | Emergency Motion by Plan Participants to Reinstate Rule 6004(h)'s 14-Day Administrative Stay; Bankr. Case No. 24-90213 (CML)[ECF 4436] | APPX_01467 – APPX_01472 |
| 44 | Declaration of Brian R. Hogue in Support of Plan Participants' Emergency Motion to Reinstate Rule 6004(h)'s 14-Day Administrative Stay; Bankr. Case No. 24-90213 (CML)[ECF 4437] | APPX_01473 – APPX_01476 |
| 45 | Opposed Emergency Motion for Order Setting Hearing on Emergency Motion to Stay; Case No. 4:25-mc-00461 [ECF 27] | APPX_01477 – APPX_01481 |
| 46 | Response in Opposition to Motion for Hearing; Case No. 4:25-mc-00461 [ECF 32] | APPX_01482 – APPX_01486 |
| 47 | Response in Opposition to Emergency Stay Motion; Case No. 4:25-mc-00461 [ECF 34] | APPX_01487 – APPX_01514 |
| 48 | Reply in Support of Emergency Stay Motion; Case No. 4:25-mc-00461 [ECF 37] | APPX_01515 – APPX_01523 |
| 49 | Declaration of Brian R. Hogue in Support of Emergency Motion for Stay Pending Appeal, including exhibits; Case No. 4:25-cv-01584 [ECF 5] | UNDER SEAL |
| 50 | Response in Opposition to Motion for Stay Pending Appeal, including exhibits; Case No. 4:25-cv-01584 [ECF 10] | APPX_01524 – APPX_01561 |

Dated: June 27, 2025  /s/ Christopher D. Johnson
Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
Diamond McCarthy, LLP
909 Fannin Street, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199
Email: allan.diamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com

Robert J. Keach, Esq, *admitted pro hac vice*
Lindsay K. Milne, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
Email:
rkeach@bernsteinshur.com
lmilne@bernsteinshur.com

*Counsel for the Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I caused the foregoing pleading to be filed via the Court's CM/ECF system and it was served by the Court's electronic noticing service to all parties registered to receive ECF notice.

 /s/ Christopher D. Johnson