United States District Court
Southern District of Texas
**ENTERED**
June 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM, LLC, *et al.*, | Case No.: 4:25-cv-01584 |
| Debtors.[1] | Bankruptcy Case: 24-90213 |

### ORDER ON UNOPPOSED MOTION FOR THE COURT'S ACCEPTANCE OF SEALED DOCUMENTS UNDER BANKRUPTCY RULE 8009(f)

The Court has considered the Unopposed Motion for the Court's Acceptance of Sealed Documents under Bankruptcy Rule 8009(f) ("**Motion**") and finds that it is with merit. The Court GRANTS the Motion. The Bankruptcy Clerk shall promptly send the sealed documents designated as part of the record to the clerk of this Court.

**IT IS SO ORDERED.**

Dated: June 30, 2025

Signed: *George C. Hanks Jr.*
Hon. George C. Hanks, Jr.
United States District Judge

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.