UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STEWARD HEALTH CARE SYSTEM, LLC, et al.,<br><br>    Debtors.[1] | Chapter 11<br><br>Bankruptcy Case No. 24-90213 (CML)<br>(Jointly Administered)<br><br>Case No. 4:25-cv-01584 |

## STIPULATION TO CERTIFY SUPPLEMENTAL RECORD

Appellants Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas, Dr. Thomas Ross, Dr. Michael Regan, Dr. Peter Lydon, Dr. Sridhar Ganda, Dr. A. Ana Beesen, Dr. Benoy Zachariah, Dr. Barry Arkin, Dr. Bruce Kriegel, and Dr. Gary Miller ("Appellants") and Appellees Steward Health Care System LLC and its reorganized debtor-affiliates in the above-captioned chapter 11 cases ("Appellees"), hereby **STIPULATE AND AGREE**, pursuant to Federal Rule of Bankruptcy Procedure 8009(e)(2)(A) to designate the following additional items to be included in the record on appeal:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

| Filing Date | Pleading / Item | Docket No.[2] |
|---|---|---|
| **United States Bankruptcy Court, Southern District of Texas** *Adversary Proceeding No. 25-03066* | | |
| 05/15/2025 | *Objection to Rule 12(c) Motion for Judgment on the Pleadings* | 19 |
| **United States Bankruptcy Court, Southern District of Texas** *Chapter 11 Cases, No. 24-90213* | | |
| 06/11/2024 | *Agreed Protective Order* | 770 |
| 12/24/2024 | *Beneficiaries' Notice of Rule 2004 Examination and Request for Production of Documents* | 3560 |
| 01/17/2025 | *Notice of February 14, 2025 Hearing on Debtors' Motion for Turnover and Delivery of Assets Held in the Rabbi Trusts* | 3745 |
| 01/29/2025 | *Notice of Adjournment of Hearing on Debtors' Motion for Turnover and Delivery of Assets Held in the Rabbi Trusts* | 3850 |
| 03/11/2025 | *Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio* | 4203 |
| 04/02/2025 | *Order (I) Directing Trustees to Turn Over and Deliver Trust Assets or Proceeds Thereof to the Debtors; (II) Authorizing the Debtors to Exercise Ownership Rights Over Such Assets; (III) Authorizing Termination of Trusts, and (IV) Granting Related Relief* | 4418 |

---

[2] Citations to docket entries shall include all related attachments

Dated: July 25, 2025
Houston, Texas

| | |
|---|---|
| /s/ Clifford W. Carlson | /s/ Robert J. Keach |

**WEIL, GOTSHAL & MANGES LLP**  
Clifford W. Carlson (24090024)  
Gabriel A. Morgan (24125891)  
Stephanie N. Morrison (24126930)  
700 Louisiana Street, Suite 3700  
Houston, Texas 77002  
Telephone: (713) 546-5000  
Facsimile: (713) 224-9511  
Email: Gabriel.Morgan@weil.com  
       Clifford.Carlson@weil.com  
       Stephanie.Morrison@weil.com

Robert J. Keach, Esq., admitted pro hac vice  
Lindsay K. Milne, Esq.  
Verrill Dana LLP  
One Portland Square  
Portland, ME 04104  
Telephone: (207) 774-4000  
Email: rkeach@verrill-law.com  
      lmilne@verrill-law.com

-and-

**WEIL, GOTSHAL & MANGES LLP**  
Jeffrey D. Saferstein (admitted *pro hac vice*)  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  
Email: Jeffrey.Saferstein@weil.com

-and-

**WEIL, GOTSHAL & MANGES LLP**  
David J. Cohen (admitted *pro hac vice*)  
1395 Brickell Avenue, Suite 1200  
Miami, Florida 33131  
Telephone: (305) 577-3100  
Facsimile: (305) 374-7159  
Email: DavidJ.Cohen@weil.com

-and-

**GROOM LAW GROUP, CHARTERED**  
Samuel I. Levin (admitted *pro hac vice*)  
David N. Levine (admitted *pro hac vice*)  
Shai D. Bronshtein (admitted *pro hac vice*)  
Emily M. Gerard (admitted *pro hac vice*)  
1701 Pennsylvania Avenue, N.W.

-and-

Allan B. Diamond, Esq. Christopher D. Johnson, Esq. Brian Hogue, Esq.  
Diamond McCarthy, LLP 909 Fannin Street, 37th Floor Houston, TX 77010  
Telephone: (713) 333-5100  
Facsimile: (713) 333-5199  
Email: allan.diamond@diamondmccarthy.com  
      chris.johnson@diamondmccarthy.com  
      brian.hogue@diamondmccarthy.com

*Counsel for the Appellants*

Washington, DC 20006
Tel: (202) 857-6648
Fax: (202) 659-4503
Email:  slevin@groom.com

*Attorneys for Debtors
and Debtors in Possession*