United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:                                          §
                                                §
STEWARD HEALTH CARE SYSTEM.    §
LLC, *et al.*                                   §    CIVIL ACTION NO. 4:25-CV-01584
                                                §
                                                §
                                                §

## FINAL JUDGMENT

For the reasons given in the Court's simultaneously issued *Memorandum Opinion and Order*, the Court **AFFIRMS** the bankruptcy court's judgment. All pending motions are **DENIED AS MOOT**.

SIGNED at Houston, Texas on March 31, 2026.

George C. Hanks Jr.
_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE