**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>STEWARD HEALTH CARE SYSTEM, LLC, *et al.*,<br><br>              Debtors.[1] | Chapter 11<br><br>Case No. 24-90213 (CML)<br>(Jointly Administered) |
| DR. MANISHA PUROHIT, *et al.*,<br><br>              Appellants,<br><br>v.<br><br>STEWARD HEALTH CARE SYSTEM, LLC, *et al.*,<br><br>              Appellees. | Civil Action No. 4:25-cv-01584 |

**APPELLANTS' STATEMENT OF ISSUES AND**
**DESIGNATION OF RECORD ON APPEAL**

Appellants Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas, Dr. Thomas Ross, Dr. Michael Regan, Dr. Peter Lydon, Dr. Sridhar Ganda, Dr. A. Ana Beesen, Dr. Benoy Zachariah, Dr. Barry Arkin, Dr. Bruce Kriegel, Dr. Gary Miller, Dr. Jennifer Skolnick, Dr. Stephen McElroy, Dr. Robert Dart, Dr. Robert Lowenstein, and Dr. Irina Kogan, participants in and beneficiaries of deferred compensation plans (collectively, the "**Plans**") sponsored by the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), through their undersigned counsel, on behalf of themselves and other participants in the Plans (collectively,

---

[1]    A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

"**Appellants**") and pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 6 of the Federal Rules of Appellate Procedure (the "**Appellate Rules**"), hereby identify the following issues on appeal from (i) the *Memorandum Opinion and Order* [Docket No. 35] and (ii) the *Final Judgment* [Docket No. 36] (collectively, the "**Rulings**") entered by the United States District Court for the Southern District of Texas (the "**District Court**") on March 31, 2026 in connection with the appeal from the *Order (I) Directing the Trustees to Turn Over and Deliver Trust Assets or Proceeds Thereof to the Debtors; (II) Authorizing the Debtors to Exercise Ownership Rights Over Such Assets; (III) Authorizing Termination of Trusts; and (IV) Granting Related Relief* [Bankruptcy Case No. 24-90213 (CML), Docket No. 4418] and all interlocutory decisions, orders, rulings, and opinions that are merged therein, entered by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**").

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred as a matter of law in ruling that the above-captioned debtors (the "**Debtors**") could proceed by a contested matter under section 542 of title 11 of the United States Code (the "**Bankruptcy Code**") to seek the turnover of assets in the Plans whose ownership was in *bona fide* dispute when settled law in the Fifth Circuit and the clear mandate of Fed. R. Bankr. P. 7001(b) requires that such a matter be adjudicated only in an adversary proceeding.

2. Whether the Bankruptcy Court erred as a matter of law in allowing the matter to proceed as a contested matter via Debtors' motion under section 542 of the Bankruptcy Code (the "**Turnover Motion**") when the Appellants filed a complaint seeking equitable relief under ERISA

thus mandating that the matter proceed only as an adversary proceeding under Fed. R. Bankr. P. 7001(g).

3.        Whether the Bankruptcy Court erred as a matter of law when it refused to stay the hearing on the Turnover Motion pending resolution of Appellants' motion to withdraw the reference, and then ruled on the Turnover Motion, as such refusal and such ruling unconstitutionally usurped the exclusive jurisdiction and authority of the district court to adjudicate the motion to withdraw the reference in violation of Article III of the Constitution.

4.        Whether the Bankruptcy Court abused its discretion in denying Appellants' motions to stay and continue the hearing on the Turnover Motion in light of the Debtors' clear abuses during discovery and the additional facts and additional documents and witnesses revealed during the eve-of-hearing depositions.

5.        Whether the Bankruptcy Court erred as a matter of law in failing to rule as to whether the Debtors could shield certain evidence by asserting attorney-client privilege when the evidence was not privileged in the first instance under the "fiduciary exception" to the privilege and the Debtors had waived any privilege by voluntary production of such evidence and by invoking advice of counsel in direct testimony, and where that evidence if admitted would have mandated a ruling in favor of Appellants.

6.        Whether the Bankruptcy Court erred in failing to exclude and then relying upon and affording weight to the testimony of Debtors' expert witness.

7.        Whether the Bankruptcy Court erred in discounting and giving little weight to the conclusions provided by Appellants' expert witness, who the Bankruptcy Court expressly found to be credible, because an assumption that Appellants' expert used came from Appellants'

attorneys where (1) Debtors did not prove that assumption to be false and (2) evidence in the record proved that assumption to be true.

8.      Whether the Bankruptcy Court erred as a matter of law in placing the burden of proof on the Appellants to prove that the Plans were not top hat plans.

9.      Whether the Bankruptcy Court erred as a matter of law in ruling that the Plans were top hat plans based entirely on the plan documents.

10.     Whether the Bankruptcy Court erred as a matter of law in interpreting sections 1051(2), 1081(a)(3), 1101(a)(1) of ERISA.

11.     Whether the Bankruptcy Court clearly erred, and erred as a matter of law, in finding and concluding that the Plans qualified as "top hat plans" exempt from ERISA's substantive protections despite the weight of the evidence establishing that the Plans did not qualify as top hat plans.

12.     Whether the Bankruptcy Court erred as a matter of law in entering a final judgment on the Turnover Motion when the Bankruptcy Court had only related-to jurisdiction over the matter and was thus required to submit proposed findings and recommendations of law to the District Court.

## **DESIGNATION OF RECORD ON APPEAL**

Appellants hereby designate the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Filing Date | Pleading / Item | Docket No.[2] |
|---|---|---|
| | **United States Bankruptcy Court, Southern District of Texas** <br> *Adversary Proceeding No. 25-03066* | |

---

2    Citations to docket entries shall include all related attachments.

| Filing Date | Pleading / Item | Docket No.[2] |
|---|---|---|
| 03/03/25 | *Redacted* Complaint for Injunctive, Equitable, and Declaratory Relief and Request for Class Action (the "**Complaint**") | 1 |
| 03/03/25 | *Filed under Seal* - Complaint for Injunctive, Equitable, and Declaratory Relief and Request for Class Action | 2 |
| 03/03/25 | Motion of Named Plaintiffs for an Order (I) Withdrawing the Reference and (II) Staying the Contested Matter Relating to the Turnover Motion | 3 |
| 03/24/25 | Debtors' Objection to Motion of Named Plaintiffs for an Order (I) Withdrawing the Reference and (II) Staying the Contested Matter Relating to the Turnover Motion | 15 |
| 05/15/25 | Objection to Rule 12(c) Motion for Judgment on the Pleadings | 19 |
| **United States Bankruptcy Court, Southern District of Texas** *Chapter 11 Cases, No. 24-90213* | | |
| 05/06/24 | Chapter 11 Voluntary Petition of Steward Health Care System LLC, together with chapter 11 voluntary petitions of all affiliated debtors and debtors in possession (*see supra* n.1) | 1 |
| 05/06/24 | Declaration of John R. Castellano in Support of Debtors' Chapter 11 Petitions and First-Day Pleadings | 38 |
| 05/07/24 | Order Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, Expenses, and Other Compensation, (B) Maintain Employee Benefits Programs, and (C) Continue to Pay Workforce Obligations; And (II) Granting Related Relief | 86 |
| 06/11/24 | Agreed Protective Order | 770 |
| 10/02/24 | Letter from Manisha Purohit | 2764 |
| 11/24/24 | Debtors' (I) Motion for an Order (A) Directing Trustees to Turn Over and Deliver Trust Assets or Proceeds Thereof to the Debtors, (B) Authorizing the Debtors to Exercise Ownership Rights Over Such Assets, (C) Authorizing Termination of Trusts, and (D) Granting Related Relief; and (II) Objection to Dr. Manisha Purohits Letter (the "**Turnover Motion**") | 3277 |
| 12/17/24 | Objection of Certain Participants to Debtors' (I) Motion for an Order (A) Directing Trustees to Turn Over and Deliver Trust Assets or Proceeds Thereof to the Debtors, (B) Authorizing the Debtors to Exercise Ownership Rights Over Such Assets, (C) Authorizing Termination of Trusts, and (D) Granting Related Relief; and (II) Objection to Dr. Manisha Purohits Letter (the "**Turnover Objection**") | 3497 |
| 12/24/24 | Beneficiaries' Notice of Rule 2004 Examination and Request for Production of Documents | 3560 |
| 12/30/24 | Amended Beneficiaries' Notice of Rule 2004 Examination and Request for Production of Documents (the "**Rule 2004 Exam**") | 3581 |
| 01/06/25 | Emergency Motion of Debtors for an Order (I) Authorizing Debtors to Grant DIP Extension Premium in Connection with | 3631 |

5

| Filing Date | Pleading / Item | Docket No.[2] |
|---|---|---|
| | Amendment to FILO DIP Credit Agreement and (II) Granting Related Relief | |
| 01/13/25 | Order Granting Emergency DIP Extension Premium | 3699 |
| 01/14/25 | Joinder by Third Party to Turnover Objection | 3705 |
| 01/17/25 | Notice of February 14, 2025 Hearing on Debtors' Motion for Turnover and Delivery of Assets Held in the Rabbi Trusts | 3745 |
| 01/20/25 | Stipulation By Steward Health Care System LLC and Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas, Dr. Michael Regan, Dr. Peter Lydon, and Dr. Thomas Ross. | 3806 |
| 01/29/25 | Approved Stipulation and Agreed Order Regarding the Liquidation of Certain Trust Assets (the "**Stipulation**") | 3842 |
| 01/29/25 | Notice of Adjournment of Hearing on Debtors' Motion for Turnover and Delivery of Assets Held in the Rabbi Trusts | 3850 |
| 03/03/25 | Emergency Motion of Certain Participants for an Order Staying the Contested Matter Relating to the Turnover Motion | 4089 |
| 03/05/25 | Debtors' Reply to Objection of Certain Participants to Debtors' Motion to Turn Over Trust Assets (the "**Turnover Reply**") | 4105 |
| 03/05/25 | Declaration of Taylor B. Dougherty in Support of Debtors' Reply to Objection of Certain Participants to Debtors' Motion to Turn Over Trust Assets | 4106 (Sealed 4107) |
| 03/05/25 | Declaration of Katchena Potter [in Support of the Turnover Motion] | 4108 |
| 03/06/25 | Notice of Hearing on Motion of Certain Participants for an Order Staying the Contested Matter relating to Turnover Motion | 4117 |
| 03/06/25 | Declaration of Robert Keach in Support of Emergency Motion of Certain Participants for an Order Staying the Contested Matter Relating to the Turnover Motion, including exhibits which were filed under seal | 4118 |
| 03/06/25 | Witness and Exhibit List of Certain Participants for March 7, 2025 Hearing, and all exhibits admitted at trial | 4122 |
| 03/06/25 | Declaration of Patrick Lombardo [in Support of the Turnover Motion] | 4132 |
| 03/06/25 | Debtors' Objection to Rabbi Trust Motion Objectors' Motion to Stay | 4144 |
| 03/07/25 | Participants' Witness and Exhibit List for Hearing on March 11, 2025 and all exhibits admitted at trial | 4152 |
| 03/07/25 | *Sealed* Participants' Witness and Exhibit List for Hearing on March 11, 2025 | 4161 |
| 03/10/25 | Emergency Motion for Status Conference | 4180 |
| 03/11/25 | Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio | 4203 |
| 03/11/25 | Amended Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio | 4206 |

| Filing Date | Pleading / Item | Docket No.[2] |
|---|---|---|
| 03/12/25 | Transcript of Hearing on March 7, 2025 | 4213 |
| 03/13/25 | Plaintiffs' Opposition to Amended Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio | 4216 |
| 03/13/25 | Declaration of Robert Keach in Support of Plaintiffs' Opposition to Amended Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio | 4217 |
| 03/13/25 | Sealed Document Exhibits to Declaration of Robert Keach in Support of Opposition to Amended Emergency Motion | 4218 |
| 03/14/25 | Declaration of Ann-Marie Driscoll [in Support of the Turnover Motion] | 4229 |
| 03/16/25 | Notice of Extension of Maturity Date Under FILO DIP Credit Agreement | 4232 |
| 03/18/25 | Declaration of James D. Thomas, M.D. in Support of the [Turnover Objection] | 4239 |
| 03/18/25 | Declaration of Manisha Purohit, M.D. in Support of the [Turnover Objection] | 4240 |
| 03/18/25 | Declaration of Diane Paggioli, M.D. in Support of the [Turnover Objection] | 4241 |
| 03/18/25 | Declaration of Peter Lydon, M.D. in Support of the [Turnover Objection] | 4242 |
| 03/18/25 | Declaration of A. Ana Beesen, M.D. in Support of the [Turnover Objection] | 4243 |
| 03/18/25 | Plaintiffs' Supplement to Their Opposition to Amended Emergency Motion of Debtors Requesting Entry of Order Sealing Privileged Portions of Hearing Transcript and Hearing Audio | 4244 |
| 03/18/25 | Declaration of Joseph A. Krock, Ph.D. [in Support of the Turnover Motion] | 4258 |
| 03/19/25 | Declaration of John R. Castellano [in Support of the Turnover Motion] | 4265 |
| 03/19/25 | Debtors' Supplemental Brief in Response to Arguments Made by Rabbi Trust Objectors at the March 7 Hearing | 4268 |
| 03/20/25 | Reply in Support of Debtors' Emergency Motion Requesting Entry of Order Sealing Privileged Portions of Hearing | 4273 |
| 03/21/25 | *Filed under Seal as exhibit to Dougherty Decl. [Docket No. 4285]* Records of payments from Steward to Great West Life and Annuity for the premiums for the Steward Health Care Deferred Compensation Plan from February 2018 through May 2024, bearing the bates-numbers SHC_Purohit_003566 through SHC_Purohit_004685 as Exhibit 20 | 4283 |
| 03/21/25 | *Filed under Seal as exhibit to Dougherty Decl. [Docket No. 4285]* spreadsheet including salary and job title information for the participants in the Steward Health Care Deferred Compensation | 4284 |

| Filing Date | Pleading / Item | Docket No.[2] |
|---|---|---|
| | Plan for 2017-2024, bearing bates-number SHC_Purohit_000485 as Exhibit 34 | |
| 03/21/25 | Notice of Filing of Sealed Exhibits to the Declaration of Taylor B. Dougherty in Support of Debtors' Reply to Objection of Certain Participants to Debtors' Motion to Turn Over Trust Assets | 4285 |
| 03/24/25 | Plan Participants' Emergency Motion to Continue March 26, 2025 Hearing on Turnover Motion | 4289 |
| 03/24/25 | Declaration of Brian R. Hogue in Support of Plan Participants' Motion to Continue March 26, 2025 Hearing on Turnover Motion, including exhibits | 4290 |
| 03/24/25 | Sealed Motion Plan Participants' Emergency Motion to Continue March 26, 2025 Hearing on Turnover Motion | 4291 |
| 03/24/25 | Sealed Document Declaration of Brian R. Hogue in Support of Plan Participants' Motion to Continue March 26, 2025 Hearing on Turnover Motion | 4292 |
| 03/24/25 | Debtors' Witness and Exhibit List for Hearing on March 26-27, 2025, and all exhibits admitted at trial, identifying Debtors' exhibits 1-93 but only attaching Debtors' exhibits 1-49 | 4300 |
| 03/24/25 | Participants' Witness and Exhibit List for Hearing on March 26, 2025, identifying but not attaching Appellants' trial exhibits 1-139, and all exhibits admitted at trial | 4302 |
| 03/25/25 | Sealed Document / Exhibits in Connection with Debtors' Witness and Exhibit List for Hearing on March 26–27, 2025 | 4306 |
| 03/25/25 | Sealed Document / Exhibits 50-93 in Connection with Debtors' Witness and Exhibit List for Hearing on March 26–27, 2025 | 4307 |
| 03/25/25 | Order Denying Emergency Motion to Continue March 26 Hearing | 4310 |
| 03/25/25 | Sealed Document / Exhibit 29 in Connection with Debtors' Witness and Exhibit List for Hearing on March 26–27, 2025 | 4311 |
| 03/25/25 | Emergency Motion of Plan Participants to Compel Production of Documents and Privilege Log | 4312 |
| 03/25/25 | Declaration of Christopher Johnson in Support of Plan Participants' Emergency Motion to Compel Production of Documents & Privilege Log | 4313 |
| 03/25/25 | Participants' Witness and Exhibit List for Hearing on March 26, 2025, identifying and attaching Appellants' trial exhibits 1-139, and all exhibits admitted at trial | 4315 |
| 03/25/25 | Transcript of Deposition of Ann Marie Driscoll and exhibits | 4315-24 4315-25 |
| 03/25/25 | Sealed Document Exhibits Related to Plan Participants' Exhibit List for March 26, 2025 Hearing – Exhibits 47-51 | 4316 |
| 03/25/25 | Supplemental Exhibit List of Certain Participants for March 26, 2025 Hearing, identifying Appellants' trial exhibits 140-145 and attaching those exhibits, as well as Appellants' trial exhibits 13-15 | 4323 |

| Filing Date | Pleading / Item | Docket No.[2] |
|---|---|---|
| 03/25/25 | Transcript of Deposition of Joseph Krock and exhibits [App. Tr. Ex. 13] | 4323-1, 4323-2 |
| 03/25/25 | Transcript of Deposition of Katchena J. Potter [App. Tr. Ex. 14] and exhibits [App. Tr. Ex. 146] | 4323-3 |
| 03/25/25 | Transcript of Deposition of Patrick Lombardo [App. Tr. Ex. 15] and exhibits [App. Tr. Ex. 151 (transcript again with exhibits)] | 4323-4 4345 |
| 03/25/25 | Transcript of Deposition of Peter J. Lydon, M.D. [App. Tr. Ex. 140] and all exhibits thereto | 4323-5 4300, 4307 |
| 03/25/25 | Transcript of Deposition of James D. Thomas, M.D. [App. Tr. Ex. 141] and all exhibits thereto | 4323-6 4306, 4307 |
| 03/25/25 | Transcript of Deposition of A. Ana Beesen, M.D. [App. Tr. Ex. 142] and all exhibits thereto | 4323-7 4306, 4307 4332 |
| 03/25/25 | Transcript of Deposition of Transcript of deposition of Diane M. Paggioli, D.O. [App. Tr. Ex. 143] and all exhibits thereto | 4323-8 4306, 4307 4332 |
| 03/25/25 | Transcript of Deposition of Manisha A. Purohit, M.D. [App. Tr. Ex. 144] and all exhibits thereto | 4323-9 4306, 4307 |
| 03/25/25 | *Redacted* Expert report of Scott Van Meter [App. Tr. Ex. 145] | 4323-10 |
| 03/25/25 | *Unredacted* Expert report of Scott Van Meter [Debtors' Tr. Ex. 129] | 4332 |
| 03/25/25 | Debtors' Amended Witness and Exhibit List for Hearing on March 26-27, 2025, identifying but not attaching Debtors' exhibits 1-140 | 4331 |
| 03/25/25 | Sealed Document / Exhibits 94–110 in Connection with Debtors' Amended Witness and Exhibit List for Hearing on March 26–27, 2025 | 4332 |
| 03/26/25 | Sealed Document Supplemental Exhibit List of Plan Participants for March 26, 2025 Hearing | 4340 |
| 03/26/25 | Sealed Document Second Supplemental Exhibit List of Plan Participants for March 26, 2025 Hearing, attaching sealed exhibits 146-149 | 4341 |
| 03/25/25 | Transcript of Deposition of Scott Van Meter and exhibits [Debtors' Tr. Ex. 128] | 4344 |
| 03/26/25 | Sealed Document Third Supplemental Exhibit List of Plan Participants for March 26, 2025 Hearing, attaching sealed exhibit 151 | 4345 |
| 03/26/25 | Courtroom Minutes. Time Hearing Held: 9:00 AM | 4365 |
| 03/26/25 | Transcript of Turnover Motion Hearing Day One | 4389 |
| 03/27/25 | Transcript of Turnover Motion Hearing Day Two | 4390 |
| 04/01/25 | Notice of Further Extension of Maturity Date Under FILO DIP Credit Agreement | 4400 |
| 04/02/25 | Order (I) Directing Trustees to Turn Over and Deliver Trust Assets or Proceeds Thereof to the Debtors; (II) Authorizing the Debtors to | 4418 |

9

| Filing Date | Pleading / Item | Docket No.[2] |
|---|---|---|
| | Exercise Ownership Rights Over Such Assets; (III) Authorizing Termination of Trusts, and (IV) Granting Related Relief | |
| 04/03/25 | Notice of Appeal | 4421 |
| 04/07/25 | Emergency Motion by Plan Participants to Reinstate Rule 6004(h)'s 14-Day Administrative Stay | 4436 |
| 04/07/25 | Declaration of Brian R. Hogue in Support of Plan Participants' Emergency Motion to Reinstate Rule 6004(h)'s 14-Day Administrative Stay | 4437 |
| 04/07/25 | Motion of the Debtors for Order Further Extending Exclusive Periods Pursuant to Section 1121(D) of the Bankruptcy Code | 4439 |
| 04/07/25 | Transcript of Oral Ruling on Turnover Motion | 4441 |
| 04/07/25 | Clerk's Notice of Filing of an Appeal | 4442 |
| 04/10/25 | Notice of Further Extension of Maturity Date Under FILO DIP Credit Agreement | 4472 |
| **United States District Court, Southern District of Texas** *Emergency Motion for Stay, Case No. 4:25-mc-00461* | | |
| 03/13/25 | Emergency Motion for an Order Staying Hearing on Turnover Motion ("**Emergency Stay Motion**") | 1 |
| 03/13/25 | Declaration of Chris Johnson in Support of Emergency Stay Motion (including exhibits) | 2 |
| 03/13/25 | Declaration of Peter Lydon in support of Emergency Stay Motion | 3 |
| 03/13/25 | Declaration of Manisha Purohit in support of Emergency Stay Motion | 4 |
| 03/13/25 | Declaration of James D. Thomas in support of Emergency Stay Motion | 5 |
| 03/14/25 | Declaration of Diane Paggioli in support of Emergency Stay Motion | 7 |
| 03/14/25 | Declaration of A. Ana Beesen in support of Emergency Stay Motion | 8 |
| 03/18/25 | Opposed Emergency Motion for Order Setting Hearing on Emergency Motion to Stay ("**Motion for Hearing**") | 27 |
| 03/19/25 | Response in Opposition to Motion for Hearing | 32 |
| 03/19/25 | Notice of Hearing on Emergency Stay Motion | 33 |
| 03/20/25 | Response in Opposition to Emergency Stay Motion | 34 |
| 03/20/25 | Reply in Support of Emergency Stay Motion | 37 |
| 03/21/25 | Supplement in Support of Emergency Stay Motion, including exhibits | 40 |
| 03/22/25 | Official Transcript | 44 |
| 03/24/25 | Order Denying Emergency Stay Motion | 46 |
| **United States District Court, Southern District of Texas** *Court Where Appeal was Heard, Case No. 4:25-cv-01584* | | |
| 04/07/25 | Clerk's Notice of Filing an Appeal | 1 |
| 04/07/25 | Emergency Motion for Stay Pending Appeal | 2 |

| Filing Date | Pleading / Item | Docket No.[2] |
|---|---|---|
| 04/07/25 | Declaration of Brian Hogue in support of Motion to Stay (Public Version) | 3 |
| 04/07/25 | Declaration of Robert Keach in Support of Motion to Stay Pending Appeal | 4 |
| 04/07/25 | SEALED Hogue Declaration in Support of Emergency Motion for Stay Pending Appeal, including exhibits | 5 |
| 04/08/25 | Order - Appellees to File Expedited Response to Motion for Stay Pending Appeal by 2:00 p.m. on April 10, 2025 | 6 |
| 04/10/25 | Response in Opposition to Motion for Stay Pending Appeal, including exhibits | 10 |
| 04/11/25 | Order Denying Motion for Stay Pending Appeal | 15 |
| 06/26/25 | Unopposed Motion for the Court's Acceptance of Sealed Documents Under Bankruptcy Rule 8009(f) | 17 |
| 06/26/25 | Unopposed Motion for Leave to File an Opening Brief Consistent with Bankruptcy Rule 8015(a)(7) | 18 |
| 06/27/25 | Brief of Appellants | 19 |
| 06/30/25 | Order on Unopposed Motion for the Court's Acceptance of Sealed Documents Under Bankruptcy Rule 8009(f) | 21 |
| 07/28/25 | Brief for Appellees | 26 |
| 08/01/25 | Order on Unopposed Motion for Leave to File an Opening Brief Consistent with Bankruptcy Rule 8015(a)(7) | 31 |
| 08/11/25 | Reply Brief of Appellants | 32 |
| 02/10/26 | Appellants' Notice of Supplemental Authority | 33 |
| 02/17/26 | Appellees' Letter to the District Court regarding Appellants' Notice of Supplemental Authority | 34 |
| 03/31/26 | Memorandum Opinion and Order | 35 |
| 03/31/26 | Final Judgment | 36 |
| 04/01/26 | Deferred Compensation Plan Participants' Notice of Appeal | 37 |

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Appellate Rule 10(b)(1), Appellants hereby certify that all relevant transcripts have been ordered and are listed in the foregoing designation of the record.

## RESERVATION OF RIGHTS

Appellants reserve the right to withdraw, supplement, amend or modify this designation of record on appeal. This filing is made expressly subject to, and without waive of any and all rights, remedies, challenges, and objections.

Dated:  April 8, 2026

        */s/ Brian R. Hogue*
Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
Brian R. Hogue, Esq.
Diamond McCarthy, LLP
2200 Post Oak Boulevard, Suite 1000
Houston, TX  77056-4716
Telephone: (713) 333-5100
Facsimile: (713) 333-5199
Email: allan.diamond@diamondmccarthy.com
     chris.johnson@diamondmccarthy.com
     brian.hogue@diamondmccarthy.com

Robert J. Keach, Esq., *admitted pro hac vice*
Letson D. Boots, Esq., *admitted pro hac vice*
Jennifer Novo, Esq., *admitted pro hac vice*
Verrill Dana LLP
One Portland Square, 10th Floor
Portland, ME  04101
Telephone: (207) 774-4000
Facsimile: (207) 774-7499
Email: rkeach@verrill-law.com
     lboots@verrill-law.com
     jnovo@verrill-law.com

*Counsel for the Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, a true and correct copy of the foregoing pleadings was served by email to all parties registered to receive electronic notice in this case pursuant to the Court's CM/ECF filing system.

        */s/ Brian R. Hogue*
Brian R. Hogue

12

29628197_3