# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*June 01, 2026*

Nathan Ochsner, Clerk of Court

No. 26-20150

IN THE MATTER OF STEWARD HEALTH CARE SYSTEM, LLC, *Et al.*

*Debtor,*

DOCTOR MANISHA PUROHIT; DOCTOR DIANE PAGGIOLI; DOCTOR JAMES THOMAS; DOCTOR MICHAEL REGAN; DOCTOR PETER LYDON; DOCTOR SRIDHAR GANDA; DOCTOR A. ANA BEESEN; DOCTOR BENJOY ZACHARIAH; DOCTOR BRUCE KRIEGEL; DOCTOR GARY MILLER; DOCTOR THOMAS ROSS; DOCTOR BARRY ARKIN; DOCTOR JENNIFER SKOLNICK; DOCTOR STEPHEN MCELROY; DOCTOR ROBERT DART; DOCTOR ROBERT LOWENSTEIN; DOCTOR IRINA KOGAN,

*Appellants,*

*versus*

STEWARD HEALTH CARE SYSTEM, L.L.C.,

*Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-1584

ORDER:

IT IS ORDERED that Appellants' motion to view and obtain sealed documents is GRANTED.

_Don R. Willett_

DON R. WILLETT
*United States Circuit Judge*

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 01, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-20150    Purohit v. Steward Health Care
               USDC No. 4:25-CV-1584

Enclosed is an order entered in this case.

The court has considered the motion of A. Ana Beesen, Robert Lowenstein, Robert Dart, Barry Arkin, Gary Miller, Peter Lydon, Stephen McElroy, Michael Regan, Thomas Ross, Benjoy Zachariah, Bruce Kriegel, James Thomas, Sridhar Ganda, Jennifer Skolnick, Irina Kogan, Manisha Purohit, Diane Paggioli to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for A. Ana Beesen, Robert Lowenstein, Robert Dart, Barry Arkin, Gary Miller, Peter Lydon, Stephen McElroy, Michael Regan, Thomas Ross, Benjoy Zachariah, Bruce Kriegel, James Thomas, Sridhar Ganda, Jennifer Skolnick, Irina Kogan, Manisha Purohit, Diane Paggioli may obtain all ex parte documents *filed on behalf* of A. Ana Beesen, Robert Lowenstein, Robert Dart, Barry Arkin, Gary Miller, Peter Lydon, Stephen McElroy, Michael Regan, Thomas Ross, Benjoy Zachariah, Bruce Kriegel, James Thomas, Sridhar Ganda, Jennifer Skolnick, Irina Kogan, Manisha Purohit, Diane Paggioli, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Melissa Mattingly*

                By: _____
                Melissa V. Mattingly, Deputy Clerk
                504-310-7719

Mr. Allan Brent Diamond
Mr. Robert J. Keach
Mr. Gabriel Adam Morgan
Ms. Jennifer Novo
Mr. Nathan Ochsner
Mr. Gregory Stuart Silbert